UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -  :

     INDICTMENT

JOSE AMARANTE-DE JESUS,  :
    a/k/a "Miguel Wilson,"
    a/k/a "Juan Saldana,"   **07 CRIM. 827**
    a/k/a "Jose DeJesus,"

               Defendant.  :

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: x
DATE FILED: AUG 30 2007

COUNT ONE

    The Grand Jury charges:

    From in or about September 3, 2003, through in or about August 2007, in the Southern District of New York and elsewhere, JOSE AMARANTE-DE JESUS, a/k/a "Miguel Wilson," a/k/a "Juan Saldana," a/k/a "Jose DeJesus," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about January 27, 1997, in United States District Court, Southern District of New York, for illegal possession of a firearm, in violation of Title 18, Section 922(g), and without having obtained the express

consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE AMARANTE-DE JESUS,
   a/k/a "Miguel Wilson,"
   a/k/a "Juan Saldana,"
   a/k/a "Jose DeJesus,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.