# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

October 22, 2007



Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 615
New York, NY 10007

Re: **United States v. Jose Amarante-De-Jesus**
     **07 Cr. 827 (RJS)**

Dear Judge Sullivan:

    I write in the above-captioned case to supplement my letter dated October 18, 2007 requesting an adjournment of the conference date which is currently scheduled for October 29, 2007 at 10:30 a.m.

    I have informed my client that I have not yet received discovery and of my unavailability on October 29, 2007 as my reasons for requesting the adjournment. I therefore request that the time be excluded from speedy trial calculation until the next conference to allow me to review the discovery with my client once I receive it. Assistant United States Attorney Randall Jackson joins in this request for the exclusion of time.

Respectfully submitted,

Jennifer L. Brown
Attorney for **Jose Amarante-De-Jesus**
(212) 417-8722

*Conference adj'd to 11/29/07 @ 10:15 AM*

cc: AUSA Randall Jackson, Esq.

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.